UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 5:18-cr-00026

JAMES H. BLUME, JR. -01,
MARK T. RADCLIFFE -02,
MICHAEL T. MORAN -04,
SANJAY MEHTA -05,
BRIAN GULLETT -06,
VERNON STANLEY -07,
MARK CLARKSON -08,

## ORDER

Pending is the United States' motion to reconsider trial date [Doc. 913], Defendant Mark A. Clarkson's response to Government's request to move January 4, 2022 trial date, and contingent motion to set a date after March 15, 2022 [Doc. 916]. The Court **ORDERS** a status conference be held in this matter on **June 11, 2021, at 1:30 p.m. in Beckley**. Lead counsel and their clients must attend in person.

Further, Defendant Mark Radcliffe is excused from personally attending the hearing inasmuch he is not required to attend in person but is **DIRECTED** to appear by video teleconference.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendants and their counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTERED:  May 17, 2021



Frank W. Volk
United States District Judge