# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

Date:   6/28/2021            Case Number  5:18-cr-00026

Case Style              USA vs. James H. Blume Jr.

Type of hearing         Status Conference

Before the Honorable: 2517-Volk

Court Reporter         Kimberly Kaufman                Courtroom Deputy  Sydney Whittington

Attorney(s) for the Plaintiff or Government

Monica Coleman, Steve Lowe

Attorney(s) for the Defendant(s)

Michael Callaghan *SEE BELOW

Law Clerk         Francesca Rollo

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 11:54 AM | 12:01 PM | Non-Trial Time/Uncontested Time |
| 12:12 PM | 12:13 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 00:08

## Courtroom Notes

Scheduled Start 11:30 a.m.
Actual Start 11:54 a.m.

Parties present for a status conference re: doc 913 (Motion by U.S. to reconsider trial).
Counsel note appearances on the record.
  -Counsel for Defendants' Michael Clifford, Derick Lefler, Jack Tinney, Jack Tinney, Tom Smith, John Carr.
United States addresses motion to cont. trial in January.
Court addresses continuance date; proposes March 28, 2022.
Court takes recess at 12:01 p.m.

Court resumed at 12:12 p.m.
Court grants U.S. motion to continue trial; continued date: March 28, 2022; Order forthcoming.
Court recessed at 12:13 p.m.