# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

UNITED STATES OF AMERICA

v.                                            CRIMINAL ACTION NO. 5:18-cr-00026

JAMES H. BLUME, JR. -01,
MARK T. RADCLIFFE -02,
MICHAEL T. MORAN -04,
SANJAY MEHTA -05,
BRIAN GULLETT -06,
VERNON STANLEY -07,
MARK CLARKSON -08,
WILLIAM EARLEY -09,
ROSWELL TEMPEST LOWRY -11

## ORDER

Trial is scheduled to begin September 13, 2022, at 9:00 a.m. The Defendants must notify the Court on or before Wednesday September 7, 2022, if they wish to enter a change of plea. *See United States v. Marin-Canales*, 215 F.3d 1312 (1st Cir. 2000) (determining that "the court set a necessary deadline [for change of plea] just prior to trial); *United States v. Stephens*, No. 17-8-H-CCL, 2020 WL 5709435, at *2 (D. Mont. Sept. 24, 2020) ("As is its customary practice, the Court set a deadline for motions to change plea . . . approximately one month later than the deadline for filing other pretrial motions.").

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendants and their respective counsel and to the United States Attorney.

ENTER:       September 2, 2022

Frank W. Volk
United States District Judge