IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

**UNITED STATES OF AMERICA**

v.                                             CRIMINAL NO. 5:18-cr-00026

**JAMES H. BLUME, JR.**
**MARK T. RADCLIFFE**
**MICHAEL T. MORAN**
**SANJAY MEHTA**

## MOTION TO SEAL EXHIBITS AT TRIAL

Comes now the United States of America by Monica D. Coleman, Assistant United States Attorney for the Southern District of West Virginia and moves this Court to allow the United States to admit exhibits at trial under seal. Specifically, the United States intends to introduce entire patient charts that contain a large amount of personal identifying information as well as medical histories of the patients. The records being admitted are voluminous and redacting the personal identifying information would be extremely difficult. As such, the United States proposes to submit the entire patient chart under seal and unredacted. However, any pages from the chart that the United States intends

to display to the jury will have personal identifying information redacted.

        Respectfully submitted,

        WILLIAM S. THOMPSON
        United States Attorney

By:

        s/Monica D. Coleman
        MONICA D. COLEMAN
        Assistant United States Attorney
        WV State Bar Number 8536
        Attorney for United States
        P.O. Box 1713
        Charleston, WV  25326
        Phone: 304-345-2200
        Fax: 304-347-5104
        E-mail: monica.coleman@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion to Seal Exhibits At Trial" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 25th day of July, 2024 to:

>Michael O. Callaghan
>Charles Whittaker Neely
>Neely and Callaghan
>159 Summers Street
>Charleston, WV 25301-2134
>Email: mcallaghan@neelycallaghan.com
>   *Counsel for James H. Blume, Jr.*
>
>Derrick W. Lefler
>Derrick W. Lefler, Attorney at Law
>1607 Honaker Avenue
>Princeton, WV  24740
>Email:  dlef@citlink.net
>    *Counsel for Mark T. Radcliffe*
>
>John H. Tinney, Jr.
>Hendrickson & Long PLLC
>214 Capitol Street
>Charleston, WV 25301
>Email: JTinney@handl.com
>     *Counsel for Michael T. Moran, M.D.*
>
>John A. Carr
>179 Summers Street
>Suite 209
>Charleston, WV 25301
>Email:  jcarr@jcarrlaw.com
>     *Counsel for Sanjay Mehta, D.O.*

>                    s/Monica D. Coleman
>                    MONICA D. COLEMAN
>                    Assistant United States Attorney
>                    WV State Bar Number 8536
>                    Attorney for United States
>                    P.O. Box 1713
>                    Charleston, WV  25326
>                    Phone: 304-345-2200
>                    Fax: 304-347-5104
>                    E-mail: monica.coleman@usdoj.gov